IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ECOPRODUCT SOLUTIONS, L.P. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:07-cv-433 |
| | § | |
| TETRA TECHNOLOGIES, INC. | § | |
|     Defendant. | § | JURY TRIAL DEMANDED |

**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff EcoProduct Solutions, L.P., by and through his counsel of record, files this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that Plaintiff understands to be financially interested in the outcome of this litigation. Per the Court's Order, the name of any corporation whose securities are publicly traded has been underlined.

A. **Parties**

    (1)    Plaintiff:

            EcoProduct Solutions, L.P.

    (2)    Defendant:

            Tetra Technologies, Inc.

B. **Other Interested Parties**

    (1)    For Plaintiff EcoProduct Solutions, L.P.:

            a.  Lewiston Holdings, Ltd.
            b.  PPI Chemical, L.P.
            c.  EcoProduct Solutions GP, L.L.C.
            d.  Yandell Rogers, Jr.

  e. Yandell Rogers, III.
  f. Leslie Stanke
  g. Laura Braun
  h. Rick Billings
  i. Brann Holdings, LP

(2) For Defendant Tetra Technologies, Inc.

  Unknown

**C.** **Legal Representatives**

(1) For Plaintiff:

  a. Jean C. Frizzell
   John S. Black
   Brian T. Ross
   Gibbs & Bruns, L.L.P.
   1100 Louisiana, Suite 5300
   Houston, Texas 77002
    713/650-8805
    713/750-0903 - fax

(2) For Defendant:

  Unknown

Dated: September 11, 2007

          Respectfully submitted,

          By: _/s/ Jean C. Frizzell_____
          Jean C. Frizzell
          T.B.A. No. 07484650
          GIBBS & BRUNS, L.L.P.
          1100 Louisiana, Suite 5300
          Houston, Texas    77002
          Telephone: (713) 650-8805
          Facsimile: (713) 750-0903
          **ATTORNEY-IN-CHARGE FOR PLAINTIFF**
          **ECOPRODUCT SOLUTIONS, L.P.**

Of Counsel:
   John Scott Black
   T.B.A. No. 24012292
   Brian T. Ross
   T.B.A. No. 24037395
   GIBBS & BRUNS, L.L.P.
   1100 Louisiana, Suite 5300
   Houston, Texas  77002
   Telephone: (713) 650-8805
   Facsimile: (713) 750-0903