IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ECOPRODUCT SOLUTIONS, L.P., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. G-07-CV-433 |
| TETRA TECHNOLOGIES, INC., | § § § | |
| Defendant. | § | |

## ORDER

The Court has considered the Agreed Motion to Transfer Venue filed by the parties in this matter and has determined that it should be granted.

IT IS THEREFORE ORDERED that the Agreed Motion to Transfer Venue is GRANTED.

IT IS FURTHER ORDERED that this case is hereby TRANSFERRED to the Houston Division of the Southern District of Texas. The case shall be reassigned a new cause number 4:08CV06 in the Houston Division. All further proceedings in this matter shall be filed under this cause number in the Houston Division.

IT IS SO ORDERED.

Signed this 29TH day of Dec., 2007.

_[signature]_
UNITED STATES DISTRICT JUDGE

70149545 1

- 1 -